CLERK'S OFFICE
A TRUE COPY
May 17, 2021
s/ JeremyHeacox
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| In the Matter of the Search of *(Briefly describe the property to be searched or identify the person by name and address)* a USPS Parcel assigned tracking number 9505 5159 0783 1135 5240 02 | ) ) ) ) ) ) | Case No. **21-M-398 (SCD)** |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the ____Eastern____ District of ____Wisconsin____
*(identify the person or describe the property to be searched and give its location)*:

A USPS Priority Mail parcel 9505 5159 0783 1135 5240 02 (the "SUBJECT PARCEL"). The SUBJECT PARCEL is approximately 12" x 12" x 6," and weighs approximately 3lb(s) 5oz. The SUBJECT PARCEL's handwritten label indicates it is from "Carrie Thomas, 10015 Havencrest, Lodi, CA 95219." The SUBJECT PARCEL bears a handwritten label addressed to "Thomas Family, 2315 Geneva St, Racine, WI 53402." The SUBJECT PARCEL was postmarked on 5/15/2021 from zip code 95822. The postage paid was $21.90.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

A quantity of a controlled substance or fruits of crime, or other evidence of using the mail to facilitate the possession and/or distribution of a controlled substance, in violation of title 21 U.S.C. §§ 841(a)(1) and 843(b).

**YOU ARE COMMANDED** to execute this warrant on or before ____5-31-21____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____U.S. Magistrate Judge Stephen C. Dries____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: ____5-17-21. 5:25 pm____   *Stephen C. Dri[es]*
                                                   *Judge's signature*

City and state: ____Milwaukee, Wisconsin____   Stephen C. Dries, U.S. Magistrate Judge
                                                 *Printed name and title*

| Return |||
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : |||
| Inventory of the property taken and name(s) of any person(s) seized: |||

| Certification |
|---|
|       I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. |

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin



CLERK'S OFFICE
A TRUE COPY
May 17, 2021
s/ Jeremy Heacox
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

a USPS Parcel assigned tracking number
9505 5159 0783 1135 5240 02

Case No. 21-M-398 (SCD)

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

a USPS Parcel assigned tracking number 9505 5159 0783 1135 5240 02 sent by "Carrie Thomas" from Lodi, California on May 15, 2021 and addressed to the "Thomas Family" in Racine, Wisconsin.

located in the _____Eastern_____ District of _____Wisconsin_____, there is now concealed *(identify the person or describe the property to be seized)*:

A quantity of a controlled substance or fruits of crime, or other evidence of using the mail to facilitate the possession and/or distribution of a controlled substance, in violation of title 21 U.S.C. §§ 841(a)(1) and 843(b).

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☐ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and 843(b) | Possession with intent to distribute a controlled substance, and Unlawful Use of a Communication Facility (including the mails) to Facilitate the Distribution of a Controlled Substance |

The application is based on these facts:

Please see attached affidavit, which is hereby incorporated by reference.

☐ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Ronald Barron, Inspector, USPIS
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone *(specify reliable electronic means).*

Date: 5-17-21

*Judge's signature*

City and state: Milwaukee, Wisconsin

Stephen C. Dries, U.S. Magistrate Judge
*Printed name and title*

## Affidavit of U.S. Postal Inspector Ronald Barron

I, Ronald Barron, being duly sworn on oath, state as follows;

1. I am a United States Postal Inspector employed by the United States Postal Inspection Service (USPIS). I have been so employed since February of 2019. I am currently assigned to a multi-functional team in Milwaukee, WI. This team investigates mail theft, fraud, the theft of Postal property, prohibited mailings, controlled substances, and other matters related to the Postal Service. I hold a Bachelor's degree in Criminal Justice from the American Public University. In January 2006, I graduated from the Federal Law Enforcement Training Center as a Federal Air Marshal. Through the course of my twelve years as a Federal Air Marshal, I used my training and experience to locate, identify, and seize multiple types of narcotics, drugs, and drug contraband. Through the course of my approximate 2-year career with the USPIS, I have used my training and experience to locate and identify multiple parcels containing narcotics and drugs. Based on my training received at the USPIS Career Development Unit, personal experience, on the job training, and working with other Postal Inspectors, I know narcotics, drugs, paraphernalia, controlled substances, and moneys associated with the sale of narcotics, drugs, and controlled substances are sent through the United States Postal Service (USPS) system, and I am familiar with many of the methods used by individuals who attempt to use the USPS to illegally distribute controlled substances.

2. The USPIS is the primary investigative arm of the United States Postal Service and is charged under Title 18, United States Code, 3061 with the enforcement of laws governing the use and movement of the United States Mail, including the misuse and fraudulent schemes involving the mail, crimes relating to mail fraud, narcotics trafficking and identity theft involving the United States Mail.

1

## PURPOSE OF AFFIDAVIT

3. This affidavit is made in support of a search warrant for the SUBJECT PARCEL for items which constitute the fruits, instrumentalities, and evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Distribution and Possession with Intent to Distribute a Controlled Substance) and 843(b) (Unlawful Use of a Communication Facility (including the mails) to Facilitate the Distribution of a Controlled Substance). To seize: any controlled substance, and any paraphernalia associated with the manufacture and distribution of controlled substances including packaging materials and containers to hold controlled substances; proceeds of drug trafficking activities, such as United States currency, money orders, bank checks, precious metals, financial instruments; and drugs or money ledgers, drug distribution or customer lists, drug supplier lists, correspondence, notations, logs, receipts, journals, books, records, and other documents noting the price, quantity, and/or times when controlled substances were obtained, transferred, sold, distributed, and/or concealed.

## PARCEL TO BE SEARCHED

4. This affidavit is made in support of an application for a search warrant for USPS Priority Mail parcel 9505 5159 0783 1135 5240 02 (the "SUBJECT PARCEL"). The SUBJECT PARCEL is approximately 12" x 12" x 6," and weighs approximately 3lb(s) 5oz. The SUBJECT PARCEL's handwritten label indicates it is from "Carrie Thomas, 10015 Havencrest, Lodi, CA 95219." The SUBJECT PARCEL bears a handwritten label addressed to "Thomas Family, 2315 Geneva St, Racine, WI 53402." The SUBJECT PARCEL was postmarked on 5/15/2021 from zip code 95822. The postage paid was $21.90.

## INVESTIGATION OF THE SUBJECT PARCEL

5. I review Postal Service records and labels delivered to, and sent from, Milwaukee and surrounding areas to and from source narcotic areas. I do this because I know, based on my training and experience, drug traffickers will sometimes use Priority Mail Express service, which is the USPS one day delivery product. Based on my training and experience with the USPIS, I know drug traffickers use First Class Mail, Priority Mail, Priority Mail Express delivery service because of its reliability and the ability to track the article's progress to the intended delivery point. In my training and experience, traffickers will often use fictitious names and/or addresses as well as incomplete names and addresses in an attempt to hide their trafficking efforts from law enforcement.

6. On Monday, May 17, 2021, I was conducting routine parcel screening at the Oak Creek Annex, located at 7620 S 10th St, Oak Creek, WI 53154 when I deemed the SUBJECT PARCEL to be suspicious.

7. On May 15, 2021, I placed the SUJECT PARCEL on the desk of a conference room at the Kenosha County Drug Group located at 1000 55th St, Kenosha, WI 53140. Upon picking up the SUJECT PARCEL a granular substance fell from the seam of the SUBJECT PARCEL onto the surface of the desk. The substance was tested using a Nark II field test kit for the presence of narcotics. The granular substance was placed inside the test kit by Kenosha County Sheriff Joshua Schreiner, which he has been trained on, and followed the prescribed directions. I witnessed the substance being tested and observed a positive test for methamphetamine, a Schedule II controlled substance.

8. The consolidated lead evaluation and reporting (CLEAR) database is a public records product which is designed for law enforcement officers in locating subjects and witnesses,

3

verifying identities of individuals, and gathering background information for use in investigations. A search of the CLEAR database for 10015 Havencrest, Lodi, CA 95219 showed the resident as Savannah Martini. No one with the last name of Callahan was shown to live at the above address.

9. Based on my training and experience, I am aware California is a source area for controlled substances. As such, controlled substances are frequently transported from this state via the USPS, and the proceeds from the sale of the controlled substances are frequently returned to the state via the USPS. These proceeds are generally in large amounts of money, oftentimes over $1000.

10. Based upon the information as outlined in this affidavit, I believe there is probable cause to indicate the contents of the SUBJECT PARCEL is drug related, and thus constitutes the fruits, instrumentalities, and evidence of violation of Title 21, United States Code, Sections 841(a)(1) (Distribution and Possession with Intent to Distribute a Controlled Substance) and 843(b) (Unlawful Use of a Communication Facility, including the mails, to Facilitate the Distribution of a Controlled Substance).

14. Because this affidavit is submitted for the limited purpose of securing authorization for a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are essential to establish the necessary foundation for the requested search warrant.

15. The SUBJECT PARCEL is currently being held at the HIDTA Evidence Room, located at 803 W Michigan St, Milwaukee, WI 53233.